MICHAEL O. ROE (ISB No. 4490)
TYLER J. ANDERSON (ISB No. 6632)
MOFFATT THOMAS BARRETT ROCK & FIELDS, CHTD.
101 S. Capitol Boulevard, 10th Floor
Boise, ID 83701-0829
Tel: 208.385.5438
Fax: 208.385.5438

MATTHEW S. COVINGTON (SBN 154429)
DAVID M. DOYLE (SBN 233439)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
AMRESCO COMMERCIAL FINANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH TECH BURRITO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMRESCO COMMERCIAL FINANCIAL LLC,<br><br>Defendant. | CASE NO. C06-04341 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff High Tech Burrito Corporation ("Plaintiff") and Defendant AMRESCO Commercial Finance, LLC (incorrectly referred to in the Complaint as "AMRESCO Commercial Financial, LLC") ("Defendant"), by and through their respective attorneys of record, hereby stipulate and seek an order based upon the following facts:

1. This Court previously scheduled an initial case management conference in this matter for Friday, October 20, 2006, at 2:00 p.m.

2. Lead trial counsel for Defendant is unable to appear at the case management conference at the scheduled time due to a conflicting obligation to appear at trial in another matter, which obligation is expected to last several weeks.

3. Lead trial counsel for Plaintiff is unable to appear for a case management conference on November 3, 2006, the next available date suggested by the Clerk of this Court, due to a conflicting obligation to appear at trial in another matter.

4. Counsel for both parties understand that the Court would be available were the initial case management conference to be held on December 1, 2006, and lead trial counsel are available then as well.

5. Therefore, in order to accommodate their respective schedules and that of this Court, the parties have agreed to continue the case management conference scheduled for October 20, 2006, and have stipulated to move this conference to Friday, December 1, 2006, at 2:00 p.m.

6. Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines ("Order"), if the case management conference is continued to December 1, 2006, other deadlines that the Court set for September 29, 2006, and October 13, 2006 (including meet and confer efforts, ADR certification, initial disclosures and case management statement), will be continued accordingly.

IT IS SO STIPULATED:

DATED: September 7, 2006

DLA PIPER US LLP

By _____
MATTHEW S. COVINGTON
Attorneys for Defendant
AMRESCO COMMERCIAL FINANCIAL, LLC

JON YORK & ASSOCIATES

By _____
GREGORY P. BROCK
Attorneys for Plaintiff
HIGH TECH BURRITO CORPORATION

-2-
SF\3130227.1   STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE    C06-04341 SI

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED AS FOLLOWS:

The case management conference scheduled in this matter for Friday, October 20, 2006 at 2:00 p.m. will be continued to Friday, December 1, 2006 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September ___, 2006

_____
The Hon. Judge Susan Illston
UNITED STATES DISTRICT JUDGE

DLA Piper US LLP
SAN FRANCISCO

SF\3130227.1

-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE  C06-04341 SI