Gregory P. Brock, Cal. Bar #181903
A Member of Jon York & Associates
A Law Corporation
918 Parker Street, Suite A21
Berkeley, California 94710
Email:gbrock@jyorklaw.com
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TECH BURRITO CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMRESCO COMMERCIAL FINANCIAL, LLC, as successor in interest to AMRESCO COMMERCIAL FINANCIAL, INC.; DOES 1-10, Inclusive,<br><br>　　　　　Defendants | Case No. **C06-04341 SI**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR OPPOSITION TO MOTION TO DISMISS ACTION AND REPLY BRIEF** |

　　　The parties hereto stipulate, through counsel, as follows:

　　　1.　The motion to dismiss complaint for failure to state a cause of action of Defendant AMRESCO COMMERCIAL FINANCE, LLC is set for hearing on September 29, 2006.

　　　2.　Under Civil L.R. 7-3, an opposition to a motion must be served and filed not less than 21 days before the hearing, and a reply to an opposition served and filed by the moving party not less than 14 days prior to the hearing on the motion. To be timely under this rule, the opposition of Plaintiff HIGH TECH BURRITO CORPORATION should be served and filed on September 8,

JON YORK
& ASSOCIATES
A Law Corporation
918 Parker Street
2nd Floor
Berkeley, CA 94710
Tel: (510) 841-1171
Fax: (510) 841-1666

1

Stipulation And [Proposed] Order Extending Dates For Opposition To Motion To Dismiss Action And Reply Brief C06-04341 SI

2006, and the reply of Defendant AMRESCO COMMERCIAL FINANCE, LLC should be served and filed on September 15, 2006.

3. Counsel for Plaintiff has had an unexpected increase in workload which interfered with his ability to prepare an opposition to the present motion.

4. Counsel for Defendant has graciously agreed as a courtesy to allow Plaintiff's counsel to serve and file an opposition to the motion on September 12th on condition that Defendant's reply would be served and filed on September 19th.

5. No undue prejudice or delay will arise from this accommodation.

SO STIPULATED BY:

Dated: September 7, 2006          JON YORK & ASSOCIATES

                                  _____
                                  Gregory P. Brock,
                                  Attorneys for Plaintiff,
                                  HIGH TECH BURRITO CORPORATION

Dated: September 7, 2006          DLA PIPER US LLP

                                  _____
                                  Matthew S. Covington,
                                  Attorneys for Defendant,
                                  AMRESCO COMMERCIAL FINANCIAL,
                                  LLC

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

JON YORK
& ASSOCIATES
A Law Corporation
918 Parker Street
2nd Floor
Berkeley, CA 94710
Tel: (510) 841-1171
Fax: (510) 841-1666

2

Stipulation And [Proposed] Order Extending Dates For Opposition To Motion To Dismiss Action And Reply Brief C06-04341 SI

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's opposition to Defendant's motion to dismiss complaint for failure to state a claim shall be served an filed on or before September 12, 2006. Defendant's reply brief shall be served and filed on or before September 19, 2006.

SO ORDERED.

Dated: _____     _____
                             The Hon. Judge Susan Illston
                             United States District Judge

JON YORK & ASSOCIATES
A Law Corporation
918 Parker Street
2nd Floor
Berkeley, CA 94710
Tel: (510) 841-1171
Fax: (510) 841-1666

3

Stipulation And [Proposed] Order Extending Dates For Opposition To Motion To Dismiss Action And Reply Brief C06-04341 SI